## HERBERT BLAKE *vs.* A. E. WING.

### Kennebec. Opinion March 12, 1885.

*Writs returnable at superior court. R. S., c. 77, § 69.*

A writ dated August 22, 1883, was made returnable at the February term, 1884, of the superior court, Kennebec county. *Held,* that it should have been made returnable at the September or December terms, 1883, of that court, under R. S., c. 77, § 69.

ON EXCEPTIONS from superior court.

Debt to recover from the defendant a penalty of five hundred dollars for his failure to publish the statement required of him as treasurer of Oakland Manufacturing Company by the provisions of R. S., 1871, c. 48, § 8.

The opinion states the facts.

*J. H. Potter*, for the plaintiff.

*A. C. Stilphen*, for the defendant.

PER CURIAM. By the act of 1878, c. 10, § 6, now R. S., c. 77, § 69, "actions (in the superior court for Kennebec county) shall

be made returnable at one of the next two terms, begun and held after the commencement thereof." This action was commenced August 22, 1883. The next two terms of the superior court thereafter were begun and held in September and December, 1883. The action should have been made returnable at one of those two terms. It was made returnable to the February term, 1884. This was against the command of the statute, and the action should have been dismissed according to defendant's motion filed on the first day of the return term.

*Exceptions sustained. Action to be dismissed.*